ANNE RITHOLTZ, Appellant, *v.* ALVIN A. LICHT et al., Defendants, and JOSEPH G. COHEN, Respondent.

Submitted January 5, 1942; decided January 22, 1942.

Motion for reargument or to amend the remittitur denied. The complaint contains no allegations of any actionable wrong by the respondent.   (See 287 N. Y. 614.)

In the Matter of O'CONNOR LONG ISLAND PROPERTIES CORPORATION, Appellant, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority, Respondents.

Submitted January 12, 1942; decided January 22, 1942.

*Francis V. McHugh* and *Monroe I. Katcher, II,* for motion.

*Milton N. Mound* opposed.

Motion denied, with ten dollars costs.